UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES BROADWAY,

    Plaintiff,

    v.

UNKNOWN - NAME NOT GIVEN,

    Defendant.

Case No.  13-cv-04529-WHO  (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without prejudice, plaintiff may move to reopen the action.  Any such motion **must** contain (1) a complete IFP application, or (2) the full filing fee of $350.00.  The Clerk shall enter judgment in favor of defendant, and close the file.

    **IT IS SO ORDERED.**

**Dated:**  November 12, 2013



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES BROADWAY,

        Plaintiff,

  v.

UNKNOWN - NAME NOT GIVEN,

        Defendant.

Case Number: CV13-04529 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 12, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

James Broadway
K36798
San Quentin State Prison
San Quentin State, CA 94974

Dated: November 12, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk