UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BROADWAY,<br><br>  Plaintiff,<br><br>  v.<br><br>UNKNOWN - NAME NOT GIVEN,<br><br>  Defendant. | Case No.  13-cv-04529-WHO  (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without prejudice, plaintiff may move to reopen the action.  Any such motion **must** contain (1) a complete IFP application, or (2) the full filing fee of $350.00.  The Clerk shall enter judgment in favor of defendant, and close the file.

  **IT IS SO ORDERED.**

**Dated:**  November 12, 2013

  _____
  WILLIAM H. ORRICK
  United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BROADWAY, | Case Number: CV13-04529 WHO |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UNKNOWN - NAME NOT GIVEN, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 12, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

James Broadway
K36798
San Quentin State Prison
San Quentin State, CA 94974

Dated: November 12, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk